UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-22869-COOKE/O'SULLIVAN

ISISLEIMI NEGRETTE, *and other similarly situated individuals*,

    Plaintiff,

vs.

BIRD ROAD BAKERY LLC, *doing business as* CAO BAKERY & CAFÉ, CARLOS DEVARONA, and ANTONIO J. CAO, *individually*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Order Approving Settlement and Report and Recommendation ("R&R") of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge, ECF No. 19.

Judge O'Sullivan has ordered approval of the settlement and recommends that I dismiss this case with prejudice and retain jurisdiction until December 1, 2021 to enforce the terms of the settlement. The parties have not filed objections to the R&R, and the time to do so has passed.

I have reviewed the Judge O'Sullivan's R&R, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's R&R to be clear, cogent, and compelling.

Accordingly, Judge O'Sullivan's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that this action is dismissed with prejudice. The Court will retain jurisdiction until December 1, 2021 to enforce the terms of the settlement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of October 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*